208

452 A.2d 1012

COMMONWEALTH of Pennsylvania

v.

David C. ROUSE, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 26, 1982.

Decided Dec. 10, 1982.

Daniel M. Preminger, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Mark S. Gurevitz, Asst. District Atty., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.